IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

RE: Reassignment of Cases to the Docket of
District Judge Walter H. Rice

ORDER

The attached cases are hereby reassigned to the docket of the Honorable Walter H. Rice and referred to Magistrate Judge Michael R. Merz.

IT IS SO ORDERED.

Honorable Algenon L. Marbley
Chief United States District Judge

Dated: December 19, 2023

| Case Number | Case Title |
|---|---|
| 1:23-cv-00634-JPH | GS Holistic, LLC v. HQ VAPES AND TOBACCO LLC et al |
| 1:23-cv-00638-JPH | GS Holistic, LLC v. Lebanon Smokes and Things Inc. et al |
| 1:23-cv-00677-JPH | GS Holistic, LLC v. Mr Vapor Smoke Shop LLC et al |
| 1:23-cv-00732-JPH | GS Holistic, LLC v. Eastgate Tobacco Junction LLC et al |
| 1:23-cv-00748-JPH | GS Holistic, LLC v. Wireless & Smoke LLC et al |