THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| GS HOLISTIC, LLC, | : | |
| Plaintiff, | : | |
| v. | : | Case No. 1:23-cv-634 |
| HQ VAPES AND TOBACCO, LLC, d/b/a HQ VAPES AND SMOKESHOP, *et al.*, | : | Judge Walter H. Rice |
| | : | |
| Defendants. | | |

---

ORDER DIRECTING CLERK OF COURT FOR THE SOUTHERN DISTRICT OF OHIO TO ISSUE ENTRY OF DEFAULT AGAINST DEFENDANT HQ VAPES AND TOBACCO, LLC, d/b/a HQ VAPES AND SMOKESHOP, FOR FAILURE TO RETAIN COUNSEL OR OTHERWISE SHOW CAUSE, IN CONTRAVENTION OF THIS COURT'S JULY 14, 2026, ORDER (DOC. #41)

---

On July 14, 2026, the Court, noting that approximately fifteen months had passed since it ordered Defendant HQ Vapes and Tobacco, LLC, d/b/a HQ Vapes and Smokeshop ("HQ Vapes"), to obtain counsel in accordance with Supreme Court precedent and this Court's local rules, ordered HQ Vapes to obtain counsel within fourteen days of entry. (Order, Doc. #41, PAGEID 170-71, citing *Rowland v. California Men's Colony*, 506 U.S. 194, 202 (1993); S.D. OHIO CIV.R. 83.4(a); Doc. #13, PAGEID 42-43). The Court warned that failure to comply would result in the Clerk of Court for the Southern District of Ohio issuing an entry of default against HQ Vapes and, upon proper motion by Plaintiff GS Holistic, LLC, the entry of

default judgment in favor of Plaintiff and against HQ Vapes. (*Id.* at PAGEID 171). Despite this fair warning, HQ Vapes did not obtain counsel and did not respond to the Order; nor did its owner or members explain any efforts they were undertaking to find an attorney.

In light of the above, the Court FINDS that HQ Vapes has failed to show cause and DIRECTS the Clerk of Court to enter default upon HQ Vapes.

IT IS SO ORDERED.

August 19, 2026

WALTER H. RICE, JUDGE
UNITED STATES DISTRICT COURT