**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI**

| | | |
|---|---|---|
| GS Holistic, LLC | : | |
| Plaintiff, | : | Case No. 1:23-cv-00634 |
| vs. | : | District Judge Walter H. Rice |
| HQ Vapes and Tobacco, LLC, d/b/a HQ Vapes and Smokeshop, et al., | : | |
| Defendants. | : | |

## CLERK'S ENTRY OF DEFAULT

It is appearing that Defendant **HQ Vapes and Tobacco, LLC, d/b/a HQ Vapes and Smokeshop** is in default, having failed to plead or otherwise defend in this cause as required by law.

Now therefore, in accordance with Rule 55(a) of the Federal Rules of Civil Procedure, Clerk's Entry of Default is hereby entered against Defendant **HQ Vapes and Tobacco, LLC, d/b/a HQ Vapes and Smokeshop** this 20th day of August, 2026.

Richard W. Nagel, Clerk
United States District Court
Southern District of Ohio

By: s/ Anne Wamsley
Deputy Clerk